| ***Return*** | |
|---|---|
| *Case No:* 2:24-MJ-00782-DUTY | *Date and time warrant served on provider:* February 13, 2024 7:45AM |
| *Inventory made in the presence of:* Catherine Jamshidi, Ramer Pelayo | |
| *Inventory of data seized:* [Please provide a description of the information produced.] Seized approximately 10.5 GB of data and placed on PNY 32 GB USB drive | |

| ***Certification*** | |
|---|---|
| *I declare under penalty of perjury that I am an officer involved in the execution of this warrant, and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.* | |
| Date: 12/13/24 | [signature] *Executing officer's signature* |
| | SA Ramer Pelayo *Printed name and title* |